1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10                                    ----oo0oo----

11

12

13    UNITED STATES OF AMERICA,
                                              NO. 2:02-CR-00325 WBS
              Plaintiff,

14

15         v.

16    JOSEPH RAYMOND GEORGE,

                 Defendant.
17

18    _____

19    UNITED STATES OF AMERICA,              NO. 2:15-MC-00128 MCE EFB

20              Plaintiff and
                Judgement Creditor,

21

22         v.

23    JOSEPH RAYMOND GEORGE,

24              Defendant and
                Judgment Debtor.

25

26

27

28
                                         1

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:15-MC-00130 TLN DAD |
|         Plaintiff and<br>        Judgement Creditor, | |
| v. | |
| JOSEPH RAYMOND GEORGE, | |
|       Defendant and<br>      Judgment Debtor. | |

----oo0oo----

Examination of the above-entitled actions reveals that the two creditor actions are related to the criminal case within the meaning of Local Rule 123(a) because all three cases involve the same parties and the creditor actions seek to enforce the criminal restitution order imposed against the defendant in the criminal case. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same district judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the district and magistrate judges to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. George, No. 2:02-CR-00325 WBS, United States v. George, 2:15-MC-00128 MCE EFB, and United States v. George, 2:15-MC-00130 TLN DAD be, and the same hereby are, deemed related.

2

1   The case denominated United States v. George, 2:15-MC-00128 MCE

2   EFB shall be reassigned to the Honorable WILLIAM B. SHUBB.  The

3   case denominated United States v. George, 2:15-MC-00130 TLN DAD

4   shall be reassigned to the Honorable WILLIAM B. SHUBB and

5   Magistrate Judge Edmund Brennan.  Although the creditor actions

6   are reassigned to the undersigned district judge, it is

7   anticipated that the magistrate judge will handle the

8   Applications for Examination of a Third Party and Production of

9   Documents in accordance with Local Rule 302(c)(11).

10          Any dates currently set in the reassigned cases only

11  are hereby VACATED.  Henceforth, the captions on documents filed

12  in the reassigned cases shall be shown as United States v.

13  George, 2:15-MC-00128 WBS EFB and United States v. George, 2:15-

14  MC-00130 WBS EFB.

15          IT IS FURTHER ORDERED that the Clerk of the Court

16  make appropriated adjustment in the assignment of civil cases to

17  compensate for this reassignment.

18  Dated:  November 2, 2015

19  _____

20  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

3